**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

-------------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE)**          **3:09-md-02100-DRH-PMF**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**                       **MDL No. 2100**

--------------------------------------------------------------

*Pirraglia v. Bayer Healthcare Pharmaceuticals*          **Judge David R. Herndon**
*Inc. et al* No. 3:11-cv-10925-DRH-PMF
                                                         **ORDER**
*Sanabria v. Bayer Healthcare Pharmaceuticals*
*Inc. et al* No. 3:11-cv-11048-DRH-PMF

*Sebastian v. Bayer Healthcare*
*Pharmaceuticals Inc. et al* No. 3:11-cv-11162-
DRH-PMF

### ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, Chief Judge:**

Movant seeks leave to withdraw as counsel of record for the plaintiffs in

the above captioned cases. After considering the movant's motions, the Court

finds that the requirements of Local Rule 83.1 and of the applicable provisions

of the Rules of Professional Conduct pertaining to withdrawal of counsel have

been satisfied.  The motions are therefore **GRANTED.**

**Further,** the Court **ORDERS** as follows:

1. The Court directs movant to serve a copy of this order of withdrawal
   within 7 days upon all counsel of record and upon unrepresented
   parties as required by Local Rule 83.1.

2. **Supplementary Entry of Appearance:**  Should plaintiffs choose to
   continue pursuing this action, plaintiffs or their new counsel **must file a**
   **supplementary entry of appearance within 21 days of the entry of**
   **this Order**.

3. **Production or Discovery Extensions**: No production or discovery extensions are requested.

4. **If plaintiffs or their new counsel fail to file a supplementary entry of appearance within <u>21 days</u> of the entry of this Order, plaintiffs' action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.**

5. **Further, if after <u>21 days</u> of the entry of this Order, the plaintiffs are not in compliance with the requirements of CMO 12, CMO 60 or CMO 61, <u>their actions will be subject to dismissal WITH PREJUDICE in accord with the provisions of those case management orders</u>.**

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.09.10
19:34:42 -05'00'

**Chief Judge**                                              Date:  **September 10, 2014**
**United States District Court**